FILED

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

9th Circuit District of California

Western Division

2024 FEB 16 PM 1:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___EEE___

| | |
|---|---|
| Deborah Elizabeth Gouch-Onassis | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | 2:24-cv-01308-JLS-BFMx |
| Department of Defense<br>Department of the Army | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Deborah Elizabeth Gouch-Onassis |
| Street Address | PO Box 1889 |
| City and County | Bevvery Hills, Los Angeles County |
| State and Zip Code | California 90213 |
| Telephone Number | 831383-3437 |
| E-mail Address | deborahegouchonassis@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Deparment of Defense |
| Job or Title *(if known)* | |
| Street Address | 4000 Defense Blvd, Washington, DC 20301 |
| City and County | |
| State and Zip Code | |
| Telephone Number | (703) 693-9312 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Department of the Army |
| Job or Title *(if known)* | |
| Street Address | 1950 Defense Blvd, Washington, DC 20301 |
| City and County | |
| State and Zip Code | |
| Telephone Number | (703) 695-4436 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Office of the Solicitor General |
| Job or Title *(if known)* | Elizabeth B. Prelogar |
| Street Address | 950 Pennsylvania Ave., NW Washington, D.C. 20530-0001 |
| City and County | Washington |
| State and Zip Code | District of Columbia |
| Telephone Number | (202) 514-2203 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | 3rd Infatntry Division (M) , Commander, Provost Marshal |
| Street Address | ATTN: COL Marc Austin, 501 E, Boltman Ave. |
| City and County | Fort Stewart  Liberty |
| State and Zip Code | Georgia 31313 |
| Telephone Number | (912) 767-4244 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
Retalitory Discharge, Emotional Distress, Mental Anguish FRCP 5-8100 - 8150 FRCP Ch 35

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [✓] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [✓] Other acts *(specify):* Intentional mental Anguish, Emotional Distress, Racim, Sexism

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
15 July 1997 I put in a letter of resignation so that I would not kill my evil supervisor Lana D. Wright that w

C. I believe that defendant(s) *(check one)*:
- [✓] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [✓] race — Native Indan American, Black
- [✓] color — Dark
- [✓] gender/sex — Female
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [✓] disability or perceived disability *(specify disability)*
Emotioal stress caused by my supervisor Lans D. Wrigl

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I was over worked and underpaid and had 30 duties assigned to me. I was forced to leave my job it was a retalitory discharge due to the intentional infliction of emotional distress and intentional mental anguish that was done by my supervisor Lana D. Wright at Fort Stewart Georgia over a period of 4 years. I filed a EEO complaint in October or November 1999 the complaint reached the level to EEOCRA and was given a right to sue letter by the EEOCRA the late Togo D. West May 1999. Men doing the same jobs as me made over $75,000 I was paid about $23-24,000. I also filed a lawsuit against the government for this and made it to the Supreme Court of the United States but it was dismissed for asking to 2 continuance due to my ex-husband had parental kidnapped my youngest two children and filed for Department of

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV. Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

   November 1996

B.  The Equal Employment Opportunity Commission *(check one)*:

   ☐ has not issued a Notice of Right to Sue letter.

   ☑ issued a Notice of Right to Sue letter, which I received on *(date)*   05/01/1997

   *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

   ☐ 60 days or more have elapsed.
   ☐ less than 60 days have elapsed.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I have not received any wages or compensation in the last 27 years, I was denied unemployment benefits and was awarded Federal OWCP only to be told iit ts denied because she did not want it to come out of her budget was the head of the civilians this is a conflict of interest because Lana D. Wright was the one that wronged me. As a result, I had no money which caused me to be homeless 3 times, I lost custody of my children and everything else and I am still not well my butt trying to survive. I lost in wages of $1,225,000.00  I had tried to make 7 January 2007  on my 40th birthday and started attending college in Monterey, California to become an attorney and open law firm it took me I finally graduated in 2020 and 2022 from WLAC after 16 years , I am currently at CSULA to receive my BA in Political Science after law school. by the time I finish my education I will be 63 years old  if I continue at full-time  which I  will be 63 I am exhaused  mentally. I cant get  from the assistance from the State of California because theyI was a fedveral .  As I wait for the ECAB on  the OWCP case of not assisting me all these

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/14/2024

Signature of Plaintiff

Printed Name of Plaintiff: Deborah Elizabeth Gouch-Onassis, Formmally Foster, Formally Loc|

### B. For Attorneys

Date of signing: 02/14/2024

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | In Persona |
| Bar Number | Self |
| Name of Law Firm | |
| Street Address | PO BOX 1889 |
| State and Zip Code | Beverly Hills, California 90213 |
| Telephone Number | (831) 383-3437 |
| E-mail Address | deborahegouchonassis@gmail.com |